JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANTHONY VIGEANT,

       Petitioner,

    v.

SIRCOYA M. WILLIAMS,

       Respondent.

Case No. 2:26-cv-03973-JWH-RAO

**JUDGMENT**

Pursuant to the "Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    This action is **DISMISSED without prejudice**.

2.    A Certificate of Appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____May 4, 2026_____

_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-